UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PAUL D. SMITH,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARIZONA CORRECTIONS DEPT.,<br>*et al.*,<br><br>         Defendants. | CASE NO. 2:05-cv-00722 PHX JWS<br><br>ORDER FROM CHAMBERS<br><br>[Re:   Report and Recommendation<br>         at Docket 17] |

## I.  MATTER PRESENTED

Before the court is a report and recommendation filed by Magistrate Judge Anderson at docket 17.  The magistrate judge recommends dismissing without prejudice plaintiff's claims against the two remaining defendants on the ground he failed to serve them pursuant to Federal Rule of Civil Procedure 4(m) and the court's order at docket 16.  Plaintiff has not filed an objection to the report and recommendation.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."[1]  When reviewing a magistrate judge's

---

[1] 28 U.S.C. § 636(b)(1).

report and recommendation in a habeas case, the district court reviews *de novo* findings of fact[2] and conclusions of law and to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

### III.  DISCUSSION

Having reviewed the report and recommendation according to the standard articulated above, the court **ACCEPTS** it.  Plaintiff's claims against defendants Trawick and John Doe Badge #12926 are **DISMISSED** without prejudice for failure to serve.

DATED at Anchorage, Alaska, this 21st day of June, 2006.

_____/s/_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *Barilla v. Ervin,* 886 F.2d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.,* 77 F.3d 1170, 1174 (9th Cir. 1996).

[4] *Taberer v. Armstrong World Indus., Inc.,* 954 F.2d 888, 906 (3d Cir. 1992).